IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**FEDERACION DE OFICIALES DE
CUSTODIA Y TRABAJADORES DE LA
ADMINISTRACION DE CORRECCION
Y RAMAS ANEXAS, et al.,
Plaintiffs**

v.                                                                                                  **CIVIL NO. 05-2056(DRD)**

**JULIO GONZALEZ RODRIGUEZ, et al.,
Defendants**

| MOTION | RULING |
|---|---|
| **Date Filed:** 10/06/05    **Docket #5**<br>[X] **Plffs**                              [] **Deft**<br>[ ] **Other**<br><br>**Title:** MOTION REQUESTING VOLUNTARY DISMISSAL | **GRANTED**. Because Plaintiffs have appeared and requested the voluntary dismissal of the complaint without prejudice and because no answer to the complaint and/or responsive pleading has been filed by defendants, the Court hereby **grants** their request, pursuant to Fed.R.Civ.P. 41(a)(1)(i). **Judgment** shall be entered accordingly. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 11th day of October 2005.

                                                                S/DANIEL R. DOMINGUEZ
                                                                DANIEL R. DOMINGUEZ
                                                                U.S. DISTRICT JUDGE